OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 The guiderail that was installed met the relevant design standards in effect at the time of its construction. Claimant asserts that it should have been extended an additional 11
 
 *957
 
 feet. This was a planning decision which, if made, would only have involved giving “ ‘the public more complete protection’ ”
 
 (Weiss v Fote,
 
 7 NY2d 579, 584). Consequently, liability will not be imposed upon the Authority for failing to build a longer guiderail.
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Meyer, Simons and Kaye concur.
 

 Order affirmed, with costs, in a memorandum.